GENERAL ELECTRIC COMPANY, Appellee, v. LEVITON MANUFACTURING COMPANY, Appellant.

No. 363.

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Gifford, Scull & Burgess, of New York City (George F. Scull, of New York City, of counsel), for appellant.

Harrison F. Lyman, of Boston, Mass., and A. E. Bobst, of Schenectady, N. Y. (Stephen H. Philbin, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

Arthur GREENE, Appellant, v. Nelson CUNLIFF, Trustee of the ESTATE of SKOURAS BROS. ENTERPRISES, Inc., Bankrupt, et al.

No. 10874.

Circuit Court of Appeals, Eighth Circuit.

March 9, 1937.

Noah Weinstein, of St. Louis, Mo., for appellant.

William T. Jones, of St. Louis, Mo., for appellees.

PER CURIAM.

Petition for allowance of appeal from order of District Court denied.

George GRIBBS, Whose True Name Is John O'Connell, Appellant, v. UNITED STATES of America.

No. 10792.

Circuit Court of Appeals, Eighth Circuit.

Jan. 27, 1937.

Lewis L. Drill, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., and James J. Giblin, Asst. U. S. Atty., both of St. Paul, Minn., for the United States.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellant and stipulation of parties.

Thomas F. HANLEY, as Receiver of The Ozone Park National Bank of New York, Appellee, v. Chester H. CORWIN, Appellant.

No. 322.

Circuit Court of Appeals, Second Circuit.

April 5, 1937.

William V. Hagendorn, of Brooklyn, N. Y. (Frederick W. Beyer, of Brooklyn, N. Y., of counsel), for appellant.

F. R. Serri, of Brooklyn, N. Y., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment (15 F.Supp. 396) affirmed.